# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIMINAL NO. 1:22-cr-320-JMC |
| v.       : | |
| :        | |
| ANTONIO LAMOTTA, : | |
| :        | |
| **Defendant.** : | |
| :        | |

## ORDER

Before the Court is a Joint Motion to Continue. For the reasons set forth therein, it is hereby

**ORDERED** that the current status hearing set for January 5, 2023 be continued to February 9, 2023, at 1:30 PM; and it is further

**ORDERED** that the time between January 5, 2023 and February 9, 2023 be excluded from calculation under the Speedy Trial Act. The Court finds that the ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendant in a speedy trial, as the continuance will provide the parties with additional time to engage in pretrial negotiations.

DATE: January 3, 2023

_____
Jia M. Cobb
United States District Judge