CO-526
(12/86)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.   CRIMINAL CASE NO.  22-cr-320 (JMC)

ANTONIO LAMOTTA

WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_____
Defendant

_____
Counsel for defendant

I consent:

*Michael J. Romano*
Assistant United States Attorney

Approved: _____
Jia M. Cobb, U.S. District Court Judge

Date: 2/23/23