UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CASE NO. 22-cr-320 (JMC) |
| v. | : | |
| | : | |
| ANTONIO LAMOTTA, | : | |
| | : | |
| Defendant. | : | |

### JOINT MOTION FOR CONTINUANCE OF TRIAL AND OTHER PRETRIAL DEADLINES

The defendant, Antonio Lamotta, through his counsel, and the United States of America, through its undersigned counsel, jointly ask the Court to continue the trial currently scheduled for October 11, 2023. The parties also ask that the Court reset the currently pending pretrial deadlines.

Based on its continuing investigation of the case, as well as its review and reassessment of the available evidence, in preparation for trial, the government decided to pursue an additional charge against the defendant. On September 29, 2023, the grand jury returned a superseding indictment charging the defendant with Civil Disorder in violation of 18 U.S.C. § 231(a)(3), which had not previously been charged. *See* First Superseding Indictment, attached hereto as Exhibit A.

The superseding indictment now charges the defendant with the following five counts: Count One, Interfering with Police Officers During a Civil Disorder, 18 U.S.C. § 231(a)(3); Count Two, Entering and Remaining in a Restricted Building or Grounds, 18 U.S.C. § 1752(a)(1); Count Three, Disorderly and Disruptive Conduct in a Restricted Building or Grounds, 18 U.S.C. § 1752(a)(2); Count Four, Disorderly Conduct in a Capitol Building, 40 U.S.C. § 5104(e)(2)(D); and Count Five, Parading, Demonstrating, or Picketing, in a Capitol Building, 40 U.S.C. § 5104(e)(2)(G).

1

The defense and the government now jointly request that the Court continue the trial date from October 11, 2023, as currently set, to a date to be set by the Court at the arraignment on the superseding indictment in this matter. The parties have discussed potential trial dates and tentatively agree that a trial in December, subject to the Court's and the parties' availability would provide the defense with adequate time to prepare for trial on the superseding indictment, while also serving the interests of justice. The parties expect that, by the time the defendant is arraigned on the superseding indictment in the coming weeks, they will be in a position to propose firm trial dates, subject to the Court's availability.

The parties further request that the Court vacate the pending trial-related deadlines in this case, including the deadline for filing exhibit and witness lists currently set for September 29, 2023.

The parties further agree that in the interest of justice, the time between October 11, 2023, and the new trial date should be excluded from the time in which trial must commence in this matter under the Speedy Trial Act.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:   */s/ Eric W. Boylan*
ERIC W. BOYLAN
Assistant United States Attorney
Texas Bar No. 24105519
610 D Street N.W.
Washington D.C. 20001
(202) 815-8608
eric.boylan@usdoj.gov

*/s/ Alexander Diamond*
ALEXANDER M. DIAMOND
NY Bar No. 5684634

Assistant United States Attorney
District of Columbia
601 D St. NW
Washington, DC 20530
(202) 506-0427
Alexander.Diamond@usdoj.gov

– AND –

A.J. KRAMER
Federal Public Defender

*/s/ Maria N. Jacob*
MARIA N. JACOB
Assistant Federal Public Defender
625 Indiana Ave, NW Suite 550
Washington, DC 20004
(202) 208-7500