## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 22-cr-320 (JMC) |
| | : | |
| ANTONIO LAMOTTA | : | |
| | : | |
| Defendant. | : | |

## Government Exhibits

At this time, the government has identified the exhibits it intends to introduce at trial in the exhibit list below. This exhibit list was compiled in a good-faith effort to identify all trial evidence that is known or identified at this time. The government reserves the right to supplement this list or to remove items from the list as it develops additional evidence throughout trial preparations and to streamline the presentation of its case. The government also reserves the right to introduce any evidence produced to the defense in discovery.

| 100 Series – Close Circuit Television (CCTV) and Montage Videos ||||||
|---|---|---|---|---|---|
| *Ex. No.* | *Description of Exhibit* | *Marked for I.D.* | *Received in Evidence* | *Witness* | *Exhibit Sent into Jury* |
| 101 | CCTV 0686 – Rotunda Lobby (facing Rotunda) | | | | |
| 102 | CCTV 7029 – Rotunda Lobby (facing Rotunda Door) | | | | |
| 103 | CCTV 7216 – Rotunda Lobby (side view) | | | | |
| 104 | USCP 15 minute Montage with Radio Runs | | | | |
| 105 | Video Montage - House and Senate Floors | | | | |
| 105A | Certificate of Authenticity - Senate Recording Studio (Diego Torres) | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 105B | Certificate of Authenticity - House Recording Studio (Douglas Massengale) | 2 | | | |
| **200 Series – BWC** | | | | | |
| 201 | MPD Ofc. Christopher Owens | | | | |
| 202 | MPD Ofc. Jose Mendoza | | | | |
| 203 | MPD Ofc. Rony Desir | | | | |
| 204 | MPD Ofc. Kyle Gatewood | | | | |
| 205 | MPD Ofc. Lauren Green | | | | |
| 206 | MPD Ofc. Eddie Choi | | | | |
| 206.1 | MPD Ofc. Eddie Choi | | | | |
| **300 Series – Defendant Facebook** | | | | | |
| 300 | Facebook Certification | | | | |
| 301 | 9.2.20 Post re war against domestic terrorists | | | | |
| 302 | 9.8.20 comment re civil war | | | | |
| 303 | 9.9.20 comment re killing democrats | | | | |
| 304 | 9.11.20 comment re guns, ammo | | | | |
| 305 | 9.11.20 status re biden sinkhole | | | | |
| 306 | 9.12.20 comment re burning buses | | | | |
| 307 | 9.12.20 comment re Red October | | | | |
| 308 | 9.12.20 comments re our turf | | | | |
| 309 | 9.12.20 Post re antifa in DC | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 310 | 9.15.20 convo with Chuck Smith re DC | 3 | | | |
| 310.1 | 9.15.20 convo with Chuck Smith re DC pt. 2 | | | | |
| 311 | 9.16.20 convo re antifa threatening DC | | | | |
| 312 | 9.17.20 convo re upcoming election | | | | |
| 313 | 9.18.20 convo with Sarah Davis re hell for the election | | | | |
| 314 | 9.20.20 comment re ballots, cheating | | | | |
| 315 | 9.20.20 comment re hanging politicians | | | | |
| 316 | 9.21.20 post re shooting democrats | | | | |
| 317 | 9.23.20 convo with Sarah Davis re Trump winning | | | | |
| 318 | 9.26.20 convo with Susan Jeffries re clandestine patriots | | | | |
| 319 | 10.01.20 convo with Susan Jeffries re Boys | | | | |
| 320 | 10.09.20 Post re real war | | | | |
| 321 | 10.20.20 Post re ready for anything | | | | |
| 322 | 10.21.20 post re ammo pre election day | | | | |
| 323 | 11.5.20 convo with Cohee re fakr [sic] ballots | | | | |
| 324 | 11.5.20 convo with Sarah Davis re ambushing ballots | | | | |
| 325 | 12.14.20 Post re Biden criminal | | | | |
| 326 | 12.14.20 Post re correct what is happening | | | | |
| 327 | 12.18.20 convo with Kyo Sa Nim | | | | |
| 328 | 12.19.20 post re martial law | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 329 | 12.19.20 convo with Wesley Thomas | 4 | | | | |
| 329.1 | 12.19.20 convo with Wesley Thomas pt. 2 | | | | | |
| 330 | 12.20.20 post re combat vets, martial law | | | | | |
| 331 | 12.20.20 post re Scranton agents | | | | | |
| 332 | 12.23.20 post re law makers | | | | | |
| 333 | 1.4.21 post re in DC | | | | | |
| 334 | 1.6.21 post re gallery observation | | | | | |
| 335 | 1.6.21 Wesley Thomas comment re live stream | | | | | |
| 336 | 1.10.21 post re election theft and Mike Pence | | | | | |
| 337 | 2.13.21 comment re jettisoning pics | | | | | |
| 338 | 2.13.21 comment re making AR1 with silencer | | | | | |
| 339 | 2.14.22 comment re death penalty | | | | | |
| 340 | 5.9.22 post re ballot surveillance | | | | | |
| **400 Series – Not Used at This Time** | | | | | | |
| | | | | | | |
| **500 Series – November 2020 Phone and Other Materials** | | | | | | |
| 500 | Certification for 2020 Phone | | | | | |
| 501 | 2020 Text Conversation 1 | | | | | |
| 502 | 2020 Text Conversation 2 | | | | | |
| 503 | 2020 Text Conversation 3 | | | | | |

| 504-509 | [Not Used at This Time] | 5 | | | |
|---|---|---|---|---|---|
| 510 | Hummer Rear 1.JPG | | | | |
| 511 | Hummer Rear Cargo Area.JPG | | | | |
| 512 | Briefcase Rear 1.JPG | | | | |
| 513 | ID Bomb Squad Patch.JPG | | | | |
| 514 | Unknown Device.JPG | | | | |
| 515 | Hummer Back Seat 1.JPG | | | | |
| 516 | Hummer Back Seat 2 AR Rifle Butt.JPG | | | | |
| 517 | Hummer Back Seat 3 AR Rifle Butt.JPG | | | | |
| 518 | Hummer Back Seat 4 AR Rifle Butt.JPG | | | | |
| 519 | Samurai Sword 1.JPG | | | | |
| 520 | AR Magazines _Silencer 1.JPG | | | | |
| 521 | Silencer _Golf Ball Launcher.JPG | | | | |
| 522 | Private Security Badge.JPG | | | | |
| 523 | Briefcase 2 Front Seat.JPG | | | | |
| 524 | Lamotta VA ID.JPG | | | | |
| 525 | Lamotta Passport.JPG | | | | |
| 526 | AR Photo.JPG | | | | |
| 527 | Lamotta DOD ID.JPG | | | | |
| 528 | photo of phone.jpg | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 529 | Initial Lamotta Macias text.jpg | | | | |
| **600 Series – Open-Source Materials and Other Defendant Video** | | | | | |
| 601 | Recording of Albert Ciarpelli | | | | |
| 602 | Recording of Beckley – Entry | | | | |
| 603 | Recording of Beckley – Inside | | | | |
| 604 | Recording of James Rahm III | | | | |
| 605 | Recording of Jason Lee Hyland (1) | | | | |
| 606 | Recording of Jason Lee Hyland (2) | | | | |
| 607 | Recording of Jenna Ryan | | | | |
| 608 | Recording of Joseph Fisher | | | | |
| 609 | Recording of Sandoval (1) | | | | |
| 609.1 | Sandoval Snapshot 1 | | | | |
| 609.2 | Sandoval Snapshot 2 | | | | |
| 609.3 | Sandoval Snapshot 3 | | | | |
| 610 | Recording of Sandoval (2) | | | | |
| 611 | Facility 555 | | | | |
| 612 | TruNews 1 | | | | |
| 613 | TruNews 2 | | | | |
| 613.1 | TruNews Snapshot | | | | |
| 614 | What Parler Saw (3:11pm) | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 615 | Entering the East Doors – New York Times | | | | |
| 616 | Entering the East Doors – Instagram (nypig) | | | | |
| 617 | Entering east doors – Court Case Files (Hector Vargas) | | | | |
| 618 | Waving Rioters – Court Case Files (Hector Vargas) | | | | |
| 619 | Presses Forward – Court Case Files (Hector Vargas) | | | | |
| 620 | East Rotunda Door – Court Case Files (Hector Vargas) | | | | |
| 621 | Before ejection – Court Case Files (Hector Vargas) | | | | |
| 622 | East Foyer – Twitter, TruNews | | | | |
| 623 | Forced Out – Court Case Files (Kevin Blakely) | | | | |
| 624 | East Front | | | | |
| **700 Series – Legal and Congressional Records** | | | | | |
| 701 | Twelfth Amendment to U.S. Constitution | | | | |
| 702 | 3 U.S.C. § 15 | | | | |
| 703 | 3 U.S.C. § 16 | | | | |
| 704 | 3 U.S.C. § 17 | | | | |
| 705 | 3 U.S.C. § 18 | | | | |
| 706 | Congressional Record of the Senate, Wednesday, January 6, 2021 | | | | |
| 707 | Congressional Record of the House of Representatives, Wednesday, January 6, 2021 | | | | |
| 708 | Concurrent Resolution, dated January 3, 2021 | | | | |

| 800 Series – Other Evidence of Riot | | | | | |
|---|---|---|---|---|---|
| 801 | Restricted Perimeter Map | | | | |
| 802 | Bird's Eye Photo, Capitol Complex | | | | |
| 803 | U.S. Capitol – Second Floor Map | | | | |
| 804 | Official Map of Capitol Grounds | | | | |
| 805 | 3D Model Capitol East view | | | | |
| 806 | 3D Model Capitol Northeast view | | | | |
| 807 | 3D Model East Rotunda Doors | | | | |
| 808 | 3D Model Capitol Rotunda door closeup | | | | |
| 809 | Snow Fencing Photo | | | | |
| 810 | Peace Circle Barricade Photo | | | | |
| 811 | Peace Circle Closed Sign Photo | | | | |
| 812 | Area Closed Sign on Snow Fencing | | | | |
| 813 | Area Closed Bike Racks, South Side | | | | |
| 814 | Area Closed Sign on Bike Rack, Peace Circle | | | | |
| 815 | Safeway Records Cert | | | | |
| 816 | Safeway Email | | | | |
| 817 | Safeway Sales Chart | | | | |
| 818 | Safeway Shipments Manifest | | | | |
| 819 | D.C. Mayor's Order 2021-002 | | | | |

| 820 | DC-1 - DC Register | | | | |
| 821 | DC-2 - Curfew Tweet | | | | |
| 822 | USSS Email | | | | |
| 823 | USSS HOS Notification | | | | |
| 824 | CCV Hallway Interior | | | | |
| 825 | CCV East Front (Motorcade) | | | | |
| **900 Series – Stipulations** | | | | | |
| | [To Be Determined] | | | | |

Respectfully submitted,

Matthew M. Graves
United States Attorney
D.C. Bar No. 481052

By:   */s/ Eric W. Boylan*
ERIC W. BOYLAN
Assistant United States Attorney
Texas Bar No. 24105519
District of Columbia
601 D St. NW
Washington, DC 20530
(202) 815-8608
eric.boylan@usdoj.gov

*/s/ Alexander Diamond*
ALEXANDER M. DIAMOND
NY Bar No. 5684634
Assistant United States Attorney
District of Columbia
601 D St. NW
Washington, DC 20530
(202) 506-0427
Alexander.Diamond@usdoj.gov