# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v.** | **:** | **Case No. 22-CR-320 (JMC)** |
| | **:** | |
| **ANTONIO LAMOTTA** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |

## JOINT PRETRIAL STATEMENT

Pursuant to this Court's Pretrial Order on October 12, 2023, the parties hereby submit the attached statement of plea negotiations, relevant prior convictions, list of anticipated exhibits for both parties, and anticipated stipulations. Disputed exhibits have been provided to the Court via USAfx.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:     /s/ Alexander Diamond
ALEXANDER M. DIAMOND
NY Bar No. 5684634
Assistant United States Attorney
District of Columbia
601 D St. NW
Washington, DC 20530
(202) 506-0427
Alexander.Diamond@usdoj.gov

/s/ Eric W. Boylan
ERIC W. BOYLAN
Assistant United States Attorney
Texas Bar No. 24105519
610 D Street N.W.
Washington D.C. 20001
(202) 815-8608
eric.boylan@usdoj.gov

1

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v.** | **:** | **Case No. 22-CR-320 (JMC)** |
| | **:** | |
| **ANTONIO LAMOTTA** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |

### JOINT PRETRIAL STATEMENT

### STATEMENT OF PLEA NEGOTIATIONS

1. On December 16, 2022, the government formally extended an offer for Mr. Lamotta to plead guilty to one count of 40 U.S.C. § 5104(e)(2)(G) (Parading, demonstrating, or picketing in a Capitol Building). The offer was set to expire on January 31, 2023. The defendant rejected the offer.

2. On July 21, 2023, at the defendant's request, the government reopened the plea extended on December 16, 2022 to one count of 40 U.S.C. § 5104(e)(2)(G) (Parading, demonstrating, or picketing in a Capitol Building). The defendant rejected the plea offer on July 25, 2023.

3. On February 14, 2024, the parties conferred regarding stipulations, exhibits, and other pretrial matters. The government explained that it was prepared to offer the defendant a plea to one count of 18 U.S.C. § 231(a)(3) (Civil disorder) if the defendant was interested. Defense counsel indicated that they had discussed a potential felony plea with the defendant and the defendant was not likely to be interested, but that they would communicate the informal offer to the defendant.

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Case No. 22-CR-320 (JMC)** |
| | : | |
| **ANTONIO LAMOTTA** | : | |
| | : | |
| **Defendant.** | : | |

**JOINT PRETRIAL STATEMENT**

**RELEVANT PRIOR CONVICTIONS**

In October 2022, the defendant was convicted at trial in the Commonwealth of Pennsylvania of violating two state firearms laws:

1. 18 § 6106 §§ A1 (firearms not to be carried without license – F3):  carried a firearm in a vehicle, or carried a firearm concealed on or about his or her person, except in his or her place of abode or fixed place of business, without a valid and lawfully issued license under the uniform firearms act; and

2. 18 § 6108 (carry firearms public in Phila – M1):  carried a firearm, rifle, or shotgun upon the public streets or upon public property in a city of the first class, not being licensed to carry a firearm, and not exempt from licensing under 18 Pa.C.S. 6106(b) of title 18 (relating to firearms not to be carried without a license).

The defendant objects to the government's introduction of these prior convictions pursuant to Federal Rule of Evidence 404(b).[1]

---

[1] Both parties have submitted written briefs to the Court regarding this objection. The government wishes to be heard further on this point at the scheduled pretrial conference.

3

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Case No. 22-CR-320 (JMC)** |
| | : | |
| **ANTONIO LAMOTTA** | : | |
| | : | |
| **Defendant.** | : | |

## JOINT PRETRIAL STATEMENT

## ANTICIPATED EXHIBITS

This exhibit list was compiled by both parties in a good-faith effort to identify all trial evidence that is known or identified at this time. The disputed exhibits have been provided to the Court via USAfx.

**Government Exhibits**

| _Ex. No._ | _Description of Exhibit_ | _Defendant's Objections_ |
|---|---|---|
| **100 Series – Close Circuit Television (CCTV) and Montage Videos** | | |
| 101 | CCTV 0686 – Rotunda Lobby (facing Rotunda) | |
| 102 | CCTV 7029 – Rotunda Lobby (facing Rotunda Door) | |
| 103 | CCTV 7216 – Rotunda Lobby (side view) | |
| 104 | USCP 15 minute Montage with Radio Runs | 401, 402 & 403 per ECF No. 27 |
| 105 | Video Montage - House and Senate Floors | 401, 402 & 403 per ECF No. 27 (portion |

|  |  | where Congress members evacuated) |
|---|---|---|
| 105A | Certificate of Authenticity - Senate Recording Studio (Diego Torres) | |
| 105B | Certificate of Authenticity - House Recording Studio (Douglas Massengale) | |
| **200 Series – BWC** | | |
| 201 | MPD Ofc. Christopher Owens | |
| 202 | MPD Ofc. Jose Mendoza | |
| 203 | MPD Ofc. Rony Desir | |
| 204 | MPD Ofc. Kyle Gatewood | |
| 205 | MPD Ofc. Lauren Green | |
| 206 | MPD Ofc. Eddie Choi | |
| 206.1 | MPD Ofc. Eddie Choi | |
| **300 Series – Defendant Facebook** | | |
| 300 | Facebook Certification | |
| 301 | [omitted] | |
| 302 | 9.8.20 comment re civil war | 401, 402 & 403 |

| 303 | 9.9.20 comment re killing democrats | 401, 402 & 403 |
|-----|-----|-----|
| 304 | 9.11.20 comment re guns, ammo | 401, 402 & 403 |
| 305 | 9.11.20 status re biden sinkhole | 401, 402 & 403 |
| 306 | [omitted] | |
| 307 | [omitted] | |
| 308 | [omitted] | |
| 309 | [omitted] | |
| 310 | [omitted] | |
| 311 | [omitted] | |
| 312 | [omitted] | |
| 313 | [omitted] | |
| 314 | 9.20.20 comment re ballots, cheating | 401, 402 & 403 |
| 315 | 9.20.20 comment re hanging politicians | 401, 402 & 403 |
| 316 | 9.21.20 post re shooting democrats | 401, 402 & 403 |
| 317 | 9.23.20 convo with Sarah Davis re Trump winning | 401, 402 & 403 |
| 318 | 9.26.20 convo with Susan Jeffries re clandestine patriots | 401, 402 & 403 |

| 319 | [omitted] | |
|-----|-----------|---|
| 320 | 10.09.20 Post re real war | 401, 402 & 403 |
| 321 | 10.20.20 Post re ready for anything | 401, 402 & 403 |
| 322 | 10.21.20 post re ammo pre election day | 401, 402 & 403 |
| 323 | 11.5.20 convo with Cohee re fakr [sic] ballots | 401, 402, 403 & 404(b) |
| 324 | 11.5.20 convo with Sarah Davis re ambushing ballots | 401, 402, 403 & 404(b) |
| 325 | 12.14.20 Post re Biden criminal | 401, 402 & 403 |
| 326 | 12.14.20 Post re correct what is happening | 401, 402 & 403 |
| 326.1 | Linked Michael Flynn Speech | 401, 402 & 403 |
| 327 | 12.18.20 convo with Kyo Sa Nim | 401, 402 & 403 |
| 328 | 12.19.20 post re martial law | |
| 329 | 12.19.20 convo with Wesley Thomas | |
| 329.1 | 12.19.20 convo with Wesley Thomas pt. 2 | |
| 330 | 12.20.20 post re combat vets, martial law | |
| 331 | 12.20.20 post re Scranton agents | 401, 402 & 403 |

| 332 | 12.23.20 post re law makers | 401, 402 & 403 |
| --- | --- | --- |
| 333 | 1.4.21 post re in DC | |
| 334 | 1.6.21 post re gallery observation | |
| 335 | 1.6.21 Wesley Thomas comment re live stream | |
| 336 | 1.10.21 post re election theft and Mike Pence | 401, 402 & 403 |
| 337 | 2.13.21 comment re jettisoning pics | |
| 338 | [omitted] | |
| 339 | 2.14.22 comment re death penalty | 401, 402 & 403 |
| 340 | 5.9.22 post re ballot surveillance | 401, 402 & 403 |
| **500 Series – November 2020 Phone and Other Materials** | | |
| 500 | Certification for 2020 Phone | |
| 501 | 2020 Text Conversation 1 | 401, 402, 403 & 404(b) |
| 502 | 2020 Text Conversation 2 | 401, 402, 403 & 404(b) |
| 503 | 2020 Text Conversation 3 | 401, 402, 403 & 404(b) |
| 504-509 | [Not Used at This Time] | |
| 510 | Hummer Rear 1.JPG | 401, 402, 403 & |

| | | 404(b) |
|---|---|---|
| 511 | Hummer Rear Cargo Area.JPG | 401, 402, 403 & 404(b) |
| 512 | Briefcase Rear 1.JPG | 401, 402, 403 & 404(b) |
| 513 | ID Bomb Squad Patch.JPG | 401, 402, 403 & 404(b) |
| 514 | Unknown Device.JPG | 401, 402, 403 & 404(b) |
| 515 | Hummer Back Seat 1.JPG | 401, 402, 403 & 404(b) |
| 516 | Hummer Back Seat 2 AR Rifle Butt.JPG | 401, 402, 403 & 404(b) |
| 517 | Hummer Back Seat 3 AR Rifle Butt.JPG | 401, 402, 403 & 404(b) |
| 518 | Hummer Back Seat 4 AR Rifle Butt.JPG | 401, 402, 403 & 404(b) |
| 519 | Samurai Sword 1.JPG | 401, 402, 403 & 404(b) |
| 520 | AR Magazines _Silencer 1.JPG | 401, 402, 403 & 404(b) |
| 521 | Silencer _Golf Ball Launcher.JPG | 401, 402, 403 & 404(b) |
| 522 | Private Security Badge.JPG | 401, 402, 403 & 404(b) |
| 523 | Briefcase 2 Front Seat.JPG | 401, 402, 403 & 404(b) |
| 524 | Lamotta VA ID.JPG | 401, 402, 403 & 404(b) |

| 525 | Lamotta Passport.JPG | 401, 402, 403 & 404(b) |
|---|---|---|
| 526 | AR Photo.JPG | 401, 402, 403 & 404(b) |
| 527 | Lamotta DOD ID.JPG | 401, 402, 403 & 404(b) |
| 528 | photo of phone.jpg | 401, 402, 403 & 404(b) |
| 529 | Initial Lamotta Macias text.jpg | 401, 402, 403 & 404(b) |
| **600 Series – Open-Source Materials and Other Defendant Video** | | |
| 601 | Recording of Albert Ciarpelli | Portions of video not showing Lamotta – 801, 401, 402 & 403 |
| 602 | Recording of Beckley – Entry | Portions of video not showing Lamotta – 801, 401, 402 & 403 |
| 603 | Recording of Beckley – Inside | Portions of video not showing Lamotta – 801, 401, 402 & 403 |
| 604 | Recording of James Rahm III | |
| 605 | Recording of Jason Lee Hyland (1) | |
| 606 | Recording of Jason Lee Hyland (2) | |
| 607 | Recording of Jenna Ryan | |
| 608 | Recording of Joseph Fisher | Portions of video not showing Lamotta – 801, 401, 402 & 403 |

| 609 | Recording of Sandoval (1) | |
|---|---|---|
| 609.1 | Sandoval Snapshot 1 | |
| 609.2 | Sandoval Snapshot 2 | |
| 609.3 | Sandoval Snapshot 3 | |
| 610 | Recording of Sandoval (2) | Portions of video not showing Lamotta – 801, 401, 402 & 403 |
| 611 | Facility 555 | |
| 612 | TruNews Video | Portions of video not showing Lamotta – 801, 401, 402 & 403 |
| 613 | [Omitted] | |
| 614 | What Parler Saw (3:11pm) | |
| 615 | Entering the East Doors – New York Times | |
| 616 | Entering the East Doors – Instagram (nypig) | |
| 617 | Entering east doors – Court Case Files (Hector Vargas) | Portions of video not showing Lamotta – 801, 401, 402 & 403 |
| 617.1 | Snapshot of Lamotta Waving | |
| 618 | [omitted] | |
| 619 | Presses Forward – Court Case Files (Hector Vargas) | Portions of video not showing Lamotta – 801, 401, 402 & 403 |
| 620 | East Rotunda Door – Court Case Files (Hector Vargas) | Portions of video not showing Lamotta – 801, 401, 402 & 403 |

| 621 | [omitted] | |
|---|---|---|
| 622 | East Foyer – Twitter, TruNews | |
| 623 | Forced Out – Court Case Files (Kevin Blakely) | |
| 624 | East Front (Macias Speech) | |
| **700 Series – Legal and Congressional Records** | | |
| 701 | Twelfth Amendment to U.S. Constitution | |
| 702 | 3 U.S.C. § 15 | |
| 703 | 3 U.S.C. § 16 | |
| 704 | 3 U.S.C. § 17 | |
| 705 | 3 U.S.C. § 18 | |
| 706 | Congressional Record of the Senate, Wednesday, January 6, 2021 | |
| 707 | Congressional Record of the House of Representatives, Wednesday, January 6, 2021 | |
| 708 | Concurrent Resolution, dated January 3, 2021 | |
| **800 Series – Other Evidence of Riot** | | |
| 801 | Restricted Perimeter Map | |

| 802 | Bird's Eye Photo, Capitol Complex | |
|-----|-----------------------------------|---|
| 803 | U.S. Capitol – Second Floor Map | |
| 804 | Official Map of Capitol Grounds | |
| 805 | 3D Model Capitol East view | |
| 806 | 3D Model Capitol Northeast view | |
| 807 | 3D Model East Rotunda Doors | |
| 808 | 3D Model Capitol Rotunda door closeup | |
| 809 | Snow Fencing Photo | |
| 810 | Peace Circle Barricade Photo | |
| 811 | Peace Circle Closed Sign Photo | |
| 812 | Area Closed Sign on Snow Fencing | |
| 813 | Area Closed Bike Racks, South Side | |
| 814 | Area Closed Sign on Bike Rack, Peace Circle | |
| 815 | Safeway Records Cert | |
| 816 | Safeway Email | |
| 817 | Safeway Sales Chart | |

| 818 | Safeway Shipments Manifest | |
| 819 | D.C. Mayor's Order 2021-002 | |
| 820 | DC-1 - DC Register | |
| 821 | DC-2 - Curfew Tweet | |
| 822 | USSS Email | |
| 823 | USSS HOS Notification | |
| 824 | CCV Hallway Interior | |
| 825 | CCV East Front (Motorcade) | |

**Defense Exhibits**

| _Ex. No._ | _Description of Exhibit_ | _Government's Objections_ |
|---|---|---|
| 1 | Global News Video of Joshua Macias Speech Outside Capitol Building | |
| 2 | MPD Ofc. Kyle Gatewood BWC | |
| 3 | CCTV Footage 0952_USCS_RF_Northeast_Ro of-2021-01-06_20h00min01s | |

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | :  **Case No. 22-CR-320 (JMC)** |
| | : |
| ANTONIO LAMOTTA | : |
| | : |
| Defendant. | : |

**JOINT PRETRIAL STATEMENT**

**ANTICIPATED STIPULATIONS**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, Antonio Lamotta, with the concurrence of his attorneys, agree and stipulate to the following:

**Stipulation #1:  *The Certification of the Electoral College Vote***

On January 6, 2021, a joint session of the United States Congress convened at the U.S. Capitol.  During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in both the House and Senate chambers of the Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on Tuesday, November 3, 2020.

On January 6, 2021, the House of Representatives began its session at approximately 12:00 p.m., the Senate began its session at approximately 12:30 p.m., and the two Houses met together at approximately 1:00 p.m. in the House of Representatives chamber to begin the joint session. Vice President Mike Pence was in the Capitol building and presiding over the joint session.   At approximately 1:15 p.m., the House and Senate adjourned to their separate chambers for up to two

15

hours to resolve a particular objection.

At approximately 2:12 p.m., Vice President Pence evacuated the Senate chamber, and approximately one minute later the senator who had become the presiding officer in Vice President Pence's absence declared that the Senate would stand in recess.  Senators evacuated the Senate chamber.

At approximately 2:15 p.m., Speaker Nancy Pelosi, who was presiding over the House of Representatives, evacuated the House chamber, and approximately fifteen minutes later the representative who had become the presiding officer in her absence declared that the House would stand in recess.  Representatives evacuated the House chamber.

The joint session was suspended.

The Senate and House resumed meeting at approximately 8:06 p.m. and 9:02 p.m., respectively.  Congress's joint session continued until approximately 3:44 a.m. on January 7, 2021, when it completed the certification of the Electoral College vote.

Vice President Pence remained within the United States Capitol from the time he arrived at the Capitol at approximately 12:30 p.m. on January 6, 2021, until Congress's joint session ended in the morning of January 7, 2021.

### **Stipulation #2:  *United States Capitol Police Closed Circuit Video Monitoring***

The United States Capitol Police (USCP) operate and maintain closed-circuit video monitoring and recording equipment that captures locations inside and outside of the U.S. Capitol building and on the Capitol grounds.  The video equipment timestamps each recording with the date and time at which the footage is captured.   The USCP-controlled video equipment was in good working order on January 6, 2021, and video footage recovered from the cameras and equipment with the timestamp of January 6, 2021 is footage from January 6, 2021. The events

depicted in the video footage are a fair and accurate depiction of the events at the U.S. Capitol on January 6, 2021, the timestamps on the recordings are accurate, and the video footage was not altered or edited in any way. The video footage is authentic in that it is what it purports to be.

### Stipulation #3: *Washington, D.C. Metropolitan Police Department Body Worn Cameras*

Many officers from the Washington, D.C. Metropolitan Police Department (MPD) who were on the U.S. Capitol Grounds and in the U.S. Capitol building on January 6, 2021 were wearing body worn cameras.  When activated by the MPD officer, the body worn camera captured audio and video of the events in the vicinity of the MPD officer.  MPD's video equipment timestamps each recording with the date and time at which the footage was captured.  The body worn cameras relevant to the above-captioned case were in good working order on January 6, 2021, and video footage recovered from the cameras and equipment with the timestamp of January 6, 2021 is footage from January 6, 2021.  Government exhibits 201-206 are fair and accurate depictions of the events at the U.S. Capitol on January 6, 2021, the timestamps on the recordings are accurate, and the video footage was not altered or edited in any way.  The video footage is authentic in that it is what it purports to be.

### Stipulation #4: *November 2020 Phone Extraction*

On November 6, 2020, the defendant consented to the FBI's search of his personal phone, a black LG cell phone with the number 757-377-3887, IMEI No. 352130097830755, following his arrest in Philadelphia, PA. On November 7, 2020, pursuant to that consent, agents in the FBI's Philadelphia Field Office conducted a search of the defendant's cell phone. The search and notes regarding the phones contents were serialized on November 18, 2020. A copy of the imaged

contents of the defendant's cell phone was later provided by agents in the Philadelphia Field Office to the agents in the FBI's Washington Field Office investigating the defendant's role in the events of January 6, 2021. Both parties possess copies of the imaged contents of the cell phone and agree that said contents all fairly and accurately depict the contents of the defendant's phone, as obtained during the November 2020 search of the defendant's phone. To the extent that either party seeks to enter the imaged contents of the phone into evidence – including Government Exhibits 501-502 and 529 – the parties reserve the right to object for reasons other than their authenticity.

<u>**Stipulation #5:** *Identity of the Defendant*</u>

The following image depicts defendant Antonio Lamotta, the individual circled in yellow, in and around the U.S. Capitol in Washington, D.C., on January 6, 2021:



**Photo of Antonio Lamotta at the U.S. Capitol on January 6, 2021**

**Stipulation #6:** ***Videos Recorded By Third Parties***

Individuals who were present at the U.S. Capitol building and on the Capitol grounds also recorded videos and took photographs.  Many of these videos and photos are publicly available and show the same events recorded by USCP-controlled video equipment.  Government Exhibits 601 – 624 and Defense Exhibit 1 are all fair and accurate depictions of the events at the U.S. Capitol on January 6, 2021.  The video footage is authentic in that it is what it purports to be.

The defendant reserves the right to object to these exhibits for reasons other than their authenticity.

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/
_____
Maria N. Jacob
Alexis Gardner
Assistant Federal Public Defenders
625 Indiana Avenue, N.W., Suite 550
Washington, D.C.  20004
(202) 208-7500