| *Ex. No.* | *Description of Exhibit* | *Marked for I.D.* | *Received in Evidence* | *Witness* |
|---|---|---|---|---|
| **100 Series – CCTV and Overview Footage** | | | | |
| 100 | USCP 15 minute Montage with Radio Runs | | | |
| 101 | CCTV 0686 – Rotunda Lobby (facing Rotunda) | | | |
| 101.1 | CCTV 0686 – Rotunda Lobby (zoomed in) | | | |
| 101.2 | CCTV 0686 + 205 Side-by-side | | | |
| 102 | CCTV 7029 – Rotunda Lobby (facing Rotunda Door) | | | |
| 102.1 | CCTV 7029 – Rotunda Lobby (earlier clip) | | | |
| 102.2 | CCTV 7029 + 206 Side-by-side | | | |
| 103 | CCTV 7216 – Rotunda Lobby (side view) | | | |
| 104 | CCTV 0933 – CVC Elevator Tower North | | | |
| 105 | CCTV 0217 – Upper Senate Door | | | |
| 106 | CCTV 0902 – LA Dome East | | | |
| 107 | Video Montage - House and Senate Floors | | | |
| 107A | Certificate of Authenticity - Senate Recording Studio (Diego Torres) | | | |
| 107B | Certificate of Authenticity - House Recording Studio (Douglas Massengale) | | | |
| **200 Series – Body Worn Camera Footage** | | | | |
| 201 | MPD Ofc. Christopher Owens | | | |

| 202 | MPD Ofc. Jose Mendoza | | | |
|---|---|---|---|---|
| 203 | MPD Ofc. Rony Desir | | | |
| 204 | MPD Ofc. Kyle Gatewood | | | |
| 205 | MPD Ofc. Lauren Green | | | |
| 206 | MPD Ofc. Eddie Choi | | | |
| 206.1 | MPD Ofc. Eddie Choi (2) | | | |
| **300 Series – Lamotta Facebook Materials** | | | | |
| 300 | Facebook Certification | | | |
| 301 | 9.8.20 comment re civil war | | | |
| 302 | 9.9.20 comment re killing democrats | | | |
| 303 | 9.11.20 comment re guns, ammo | | | |
| 304 | 9.11.20 status re biden sinkhole | | | |
| 305 | 9.20.20 comment re ballots, cheating | | | |
| 306 | 9.20.20 comment re hanging politicians | | | |
| 307 | 9.21.20 post re shooting democrats | | | |
| 308 | 9.23.20 convo with Sarah Davis re Trump winning | | | |
| 309 | 9.26.20 convo with Susan Jeffries re clandestine patriots | | | |
| 310 | 10.09.20 Post re real war | | | |
| 311 | 10.20.20 Post re ready for anything | | | |
| 312 | 10.21.20 post re ammo pre election day | | | |
| 313 | 11.5.20 convo with Cohee re fakr [sic] ballots | | | |
| 314 | 11.5.20 convo with Sarah Davis re ambushing ballots | | | |

| 315 | 12.14.20 Post re Biden criminal | | | |
|-----|-------------------------------------------|--|--|--|
| 316 | 12.14.20 Post re correct what is happening | | | |
| 316.1 | Linked Michael Flynn Speech | | | |
| 317 | 12.18.20 convo with Kyo Sa Nim | | | |
| 318 | 12.19.20 post re martial law | | | |
| 319 | 12.19.20 convo with Wesley Thomas | | | |
| 319.1 | 12.19.20 convo with Wesley Thomas pt. 2 | | | |
| 320 | 12.20.20 post re combat vets, martial law | | | |
| 321 | 12.20.20 post re Scranton agents | | | |
| 322 | 12.23.20 post re law makers | | | |
| 323 | 1.4.21 post re in DC | | | |
| 324 | 1.6.21 post re gallery observation | | | |
| 325 | 1.6.21 Wesley Thomas comment re live stream | | | |
| 326 | 1.10.21 post re election theft and Mike Pence | | | |
| 327 | 2.13.21 comment re jettisoning pics | | | |
| 328 | 2.14.22 comment re death penalty | | | |
| 329 | 5.9.22 post re ballot surveillance | | | |
| **500 Series – Lamotta's November 2020 Phone** | | | | |
| 500 | Certification for 2020 Phone | | | |
| 501 | 2020 Text Conversation 1 | | | |
| 502 | 2020 Text Conversation 2 | | | |
| 503 | 2020 Text Conversation 3 | | | |

| 600 Series – Open-Source Materials | | | |
|---|---|---|---|
| 601 | East Plaza – Macias Speech | | |
| 602 | Recording of Vargas | | |
| 602.1 | Snapshot (Lamotta waves, 18m) | | |
| 603 | Facility 555 – Before Entry | | |
| 604 | Recording of Jenna Ryan | | |
| 605 | Recording of Jason Lee Hyland (1) | | |
| 606 | Recording of Jason Lee Hyland (2) | | |
| 607 | Entering the East Doors – Instagram | | |
| 608 | Entering the East Doors – NY Times | | |
| 609 | Recording of Beckley – Entry | | |
| 610 | Recording of Sandoval – Inside | | |
| 610.1 | Snapshot (Shield 5,22) | | |
| 610.2 | Snapshot (Linked Arms 7,36) | | |
| 610.3 | Snapshot (Elbow, 7,39) | | |
| 611 | Recording of Ciarpelli | | |
| 612 | TruNews Video | | |
| 613 | Recording of James Rahm III | | |
| 614 | Recording of Joseph Fisher | | |
| 615 | Recording of Beckley – Inside | | |
| 616 | Recording of Sandoval – Post Exit | | |
| 617 | Speciale Jan 5 Speech | | |
| 700 Series – Legal and Congressional Records | | | |
| 701 | Twelfth Amendment to U.S. Constitution | | |

| 702 | 3 U.S.C. § 15 | | | |
|-----|---------------|--|--|--|
| 703 | 3 U.S.C. § 16 | | | |
| 704 | 3 U.S.C. § 17 | | | |
| 705 | 3 U.S.C. § 18 | | | |
| 706 | Congressional Record of the Senate, Wednesday, January 6, 2021 | | | |
| 707 | Congressional Record of the House of Representatives, Wednesday, January 6, 2021 | | | |
| 708 | Concurrent Resolution, dated January 3, 2021 | | | |
| **800 Series – Other Evidence of Riot** | | | | |
| 801 | Restricted Perimeter Map | | | |
| 802 | Bird's Eye Photo, Capitol Complex | | | |
| 803 | U.S. Capitol – Second Floor Map | | | |
| 804 | Official Map of Capitol Grounds | | | |
| 805 | 3D Model Capitol East view | | | |
| 806 | 3D Model Capitol Northeast view | | | |
| 807 | 3D Model East Rotunda Doors | | | |
| 808 | 3D Model Capitol Rotunda door closeup | | | |
| 809 | Snow Fencing Photo | | | |
| 810 | Peace Circle Barricade Photo | | | |
| 811 | Peace Circle Closed Sign Photo | | | |
| 812 | Area Closed Sign on Snow Fencing | | | |
| 813 | Area Closed Bike Racks, South Side | | | |

| 814 | Area Closed Sign on Bike Rack, Peace Circle | | | |
|-----|---------------------------------------------|--|--|--|
| 815 | Safeway Records Cert | | | |
| 816 | Safeway Email | | | |
| 817 | Safeway Sales Chart | | | |
| 818 | Safeway Shipments Manifest | | | |
| 819 | D.C. Mayor's Order 2021-002 | | | |
| 820 | DC-1 - DC Register | | | |
| 821 | DC-2 - Curfew Tweet | | | |
| 822 | USSS Email | | | |
| 823 | USSS HOS Notification | | | |
| 824 | CCV Hallway Interior | | | |
| 825 | CCV East Front (Motorcade) | | | |