UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ANTONIO LAMOTTA,<br><br>        Defendant. | Case No. 1:22-cr-320 (JMC) |

**VERDICT FORM**

I. As to Count 1, charging Defendant Antonio Lamotta with obstructing officers during a civil disorder, in violation of **18 U.S.C. § 231(a)(3)**, the Court finds beyond a reasonable doubt that Mr. Lamotta is:

**COUNT 1:**       NOT GUILTY _____       GUILTY ✓_____

II. As to Count 2, charging Defendant Antonio Lamotta with entering or remaining in a restricted building or grounds, in violation of **18 U.S.C. § 1752(a)(1)**, the Court finds beyond a reasonable doubt that Mr. Lamotta is:

**COUNT 2:**       NOT GUILTY ✓_____       GUILTY _____

III.     As to Count 3, charging Defendant Antonio Lamotta with disorderly or disruptive conduct in a restricted buildings or grounds, in violation of **18 U.S.C. § 1752(a)(2)**, the Court finds beyond a reasonable doubt that Mr. Lamotta is:

**COUNT 3:**          NOT GUILTY   ✓            GUILTY _____

IV.     As to Count 4, charging Defendant Antonio Lamotta with disorderly conduct in a Capitol building, in violation of **40 U.S.C. § 5104(e)(2)(D)**, the Court finds beyond a reasonable doubt that Mr. Lamotta is:

**COUNT 4:**          NOT GUILTY _____            GUILTY   ✓

V.     As to Count 5, charging Defendant Antonio Lamotta with parading, demonstrating, or picketing in a Capitol building, in violation of **18 U.S.C. § 5104(e)(2)(G)**, the Court finds beyond a reasonable doubt that Mr. Lamotta is:

**COUNT 5:**          NOT GUILTY _____            GUILTY   ✓

**SO ORDERED.**

_____
JIA M. COBB
United States District Judge

Date: March 21, 2024