July 8, 2024

Honorable Jia M. Cobb

United States District Judge

I have known Tony (Antonio) LaMotta for over 23 years. He married my younger sister when she was a single mother of a young boy and always treated his stepson as one of his own. He and my sister have two additional children. He has been a great father to them.

As long as I have known Tony, he has always had a calm and collected demeanor. I have never heard him raise his voice, angry or disrespectful in any way to anyone.

Tony has many talents to which he has used to help the community. His extreme artistic ability has helped raise money for cancer by auctioning art or his drawings. He has designed t-shirts to help raise money for our local fire department. He took time out of his busy schedule to build a handicap ramp for a personal elderly friend of mine who was a veteran and a quadriplegic. When I met Tony, he was teaching jujutsu at the YMCA to young kids and for those who could not afford to pay, he taught for free.

Tony is also extremely patriotic and being a veteran himself, he finds any opportunity to help those veterans who cannot help themselves. He never meets a stranger, he never passes judgement on anyone. He always looks for the good in others and his faith never faulters. Tony has very strong beliefs and a love for his country which he proudly served in the military. He continues to serve his country by helping law enforcement with security work to be sure property and lives are protected. He follows the laws and helps to make sure the laws are followed by others. He is a very proud American with a heavy minority family background that worked hard to have a good life in this awesome country. I feel very fortunate to have met him and continue to know that no matter what life hands him, whether good or bad, Tony will handle with respect and dignity.

If I had to describe Tony's character it would be placid and honorable.

Thank you for this opportunity.

Sincerely,

Kimberly Kifus (sister in-law of Antonio Lamotta)