

# Fallen Soldiers March

June 24, 2024

*To:* Honorable Jia M. Cobb, United States District Judge

**RE:**  Character Reference

I lead the Fallen Soldiers March, a 501 (c) (3), that gifts Certified Biblical Counseling, Service Dogs & Veteran Advocacy to help Veterans, Active-Duty Military and First Responder families overcome the Consequences of War (PTSD, Traumatic Brain Injury, Blast-Induced Brain Injury, Paralysis, Mobility issues, Neurological Challenges, Chemical Exposure, MST, Moral Injury, Divorce, Addiction, Family & Domestic Issues, Bereavement & Deployment Preparation).

We exist to impact the 20+ daily Veteran & Active-Duty Military Suicides, assisting those seeking help understanding that God is Sovereign overall all Creation & all circumstances.

With that said, after learning about the depiction of Antonio "Tony" LaMotta in the press, I became compelled to offer clarity into my impressions of my brother-in-law, a United States Army Veteran.

Tony is a gentle giant, an extremely skilled martial arts expert complemented by advanced training in traditional martial arts weaponry.  Tony is a gifted artist, having deployed his prowess serving in the United Sates Army in the capacity of a cartographer, drawing detailed maps to complement the efforts of his brothers and sisters protecting and defending our nation.

As a highly skilled artist, Tony could sketch an image of whoever is reading this document, portraying a near facsimile to the features portraying his subjects.  He draws castles with precision, creates caricatures, paints, sews, constructs, repairs, design silk screen art and logos for law enforcement, etc.  Tony's artistic prowess is truly a gift from God.

With that said, I am appalled, yet not surprised, at the egregious and scandalous extrapolations designed to impeach Tony by the press and his accusers.  Tony's edgy political art, in my opinion, is a form of surrealistic satire highlighting his comprehension of good versus evil influenced by his fascination for martial arts and the bushido code....

(The "way" formalized earlier samurai moral values and ethical code, most commonly stressing a combination of sincerity, frugality, loyalty, martial arts mastery, and honour until death.)

*When exploring conversations about Tony's security details, I recall Tony emphasizing his default response to aggressive posturing and behaviors is to avoid conflict, cordially communicate respect and concern towards the aggressor to facilitate de-escalation before he is forced to elicit the support of law enforcement. Any inferences that Tony would exact harm against innocent lives is abjectly self-serving.*

*Tony's love, devotion, patience and loyalty towards his octogenarian mother, a native of the Philippines who emigrated to the United States after marrying a member of the United States Navy is exemplary. She can be extremely demanding of his time; Tony is consistently responsive prioritizing her needs because of COVID-19 and geographical challenges separating all of us.*

*In closing, Tony is a loving husband and father. Tony's son's and daughter's intelligence, respect towards adults and love for their family is a reflection of both Tony and his bride's efforts to raise children during a time we witness too many children making addictive poor choices because of broken homes and abuse.*

*Please do not hesitate to contact me with any additional questions.*

*With warmest regards & respect,*

Jim Retzke
Fallen Soldiers March President
https://fallensoldiersmarch.com