July 11, 2024

Honorable Jia M. Cobb

United States District Judge

Subject:  Antonio LaMotta Reference Letter

Dear Honorable Jia M. Cobb,

I am writing in response to the request for a character reference for my brother, Antonio.  I work as a Senior Contracts Administrator for a multi-million dollar technology firm with federal, state and local government as our clients.

Antonio is my older brother, who is always the one "helping others", rather than the one asking for help.  He would visit my elderly mother and run errands with her, or take her to doctor appointments. He has the mindset to serve or protect the innocent and those who are close to him.  If he saw an old lady having trouble crossing the street, or a man trying to carry something heavy, I would expect him to stop and take the time to help.  If he saw a man getting beat up, he would not hesitate to take the time to stop the violence to help the victim, or call the police.  As a child, he stopped a neighborhood bully much bigger than me and him from pushing me into a street canal full of storm water and did not hesitate getting wet in doing so to get the bully's grip off me.  This is why he also decided to master Martial Arts and serve the military, because he wanted to be a part of a team that serves others and our country.  After the military, this is also why he chose to teach martial arts as a Sensei (Shinobi Kai Kenjutsu, Virginia Beach), currently work as a security detail, as it protects properties and more importantly others from harm.  Although my brother, was a Sensei and can effectively over power an opponent, at 64 years old, he has not physically harmed any one, not even an enemy.

He is friends with Josh Macias, who was the President of Vets for Trump.  When my brother went to Philadelphia, in 2020, he was asked by Josh to go with him as there has been a lot of violence, looting and arsons (BLM, Antifa) all across the US and my brother was an active security detail then.  I personally spoke to my brother then about Josh and why he is going to PA, as my mother asked me to try to stop him from going as she is worried about him.  They were armed, but the precise intent is to use them for protection, not to harm anyone.  He was again asked by Josh Macias to accompany him to DC on January 6th, because Josh was making a public speech.  My brother went without nefarious intent but with the intention of making sure that his friend Josh is not harmed and overpowered easily had Josh had gone by himself.  In fact, I personally saw the video of Josh speaking the crowd, with my brother nearby just standing watch and rotating his head slowly.  If my brother was involved in or near a crowd, it would be because he saw an opportunity to help the police officers from a professional security detail perspective and not from the intent to harm or violate any laws.  In fact, I am willing to bet that there is absolutely no photo or video of him intentionally harming anyone or damaging property.

Because of Antonio's silly sense of humor, many talents, laid back, compassion and kind demeanor, he is very well liked by those who gets to know him.  Most people he meets admire him for his many talents.  His generous spirit gives him the love of teaching others of his talents and skills.  He can figure out how

to fix just about anything and does not give up until he overcomes the challenge.  I have <u>personally</u> seen him build a sports car with his bare hands using plexiglass without any experience or training and sew a corduroy jacket with matching pants back in the 1980s without ever using a sewing machine.  He can draw a portrait of anyone (cartoon style or realistic depiction) with just a pencil in just a few seconds.  He taught art at Michael's Arts and Crafts.   He has taught me how to climb fruit trees safely, draw, play the guitar, sing, write sons, play basketball to beat our very tall cousins, some martial arts so I can protect myself if attacked.  With his many talents, he could be a millionaire but he does not idolize wealth as his wealth is sharing his many talents and comes  from being a decent, kind and compassionate human being.


Sincerely,

Angelita Paredes Button