**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| **vs.** | : | **Case No.: 22-cr-00320 (JMC)** |
| **ANTONIO LAMOTTA,** | : | |
| **Defendant.** | : | |

# NOTICE OF APPEAL

**Name and address of appellant:**     Antonio Lamotta

**Name and address of appellant's attorney:**     Maria Jacob
Assistant Federal Public Defender
Office of the Federal Public Defender
625 Indiana Ave., N.W., Suite 550
Washington, DC 20004

**Offense:** 18:231(a)(3); Civil Disorder; Civil Disorder (1s) 40:5104(e)(2)(D); Violent Entry And Disorderly Conduct On Capitol Grounds; Disorderly Conduct in a Capitol Building (4s) 40:5104(e)(2)(G); Violent Entry And Disorderly Conduct On Capitol Grounds; Parading, Demonstrating, or Picketing in a Capitol Building (5s)

**Concise statement of judgment or order, giving date, and any sentence:** Defendant sentenced to Six (6) months of Incarceration as to each of Counts 1s, 4s and 5s, to run concurrently. Followed by Twenty-Four (24) months of Supervised Release as to Count 1. Special Assessment of $100 on Count 1s and $10 as to each of Count 4s and 5s (for a total of $120). A Restitution fee of $2000. All counts from the original indictment were dismissed on Governments oral motion. Defendant is allowed to self surrender. Bond Status of Defendant: Continued on Personal Recognizance

**Name of institution where now confined, if not on bail:**  Bond Status of Defendant: Continued on Personal Recognizance

　　　I, the above-named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia from the above-stated judgment.


September 25, 2024                         Antonio Lamotta
DATE                                            APPELLANT

  
CJA, NO FEE _____FPD_____                    <u>Maria Jacob</u>
PAID USDC FEE __NO_____                    ATTORNEY FOR APPELLANT
PAID USCA FEE __NO_____


Does counsel wish to appear on appeal? Yes

Has counsel ordered transcripts? No

Is this appeal pursuant to the 1984 Sentencing Reform Act? Yes