UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| v.   ) | No. 22-320 (JMC) |
| ) | |
| **ANTONIO LAMOTTA,** ) | |
| ) | |
| **Defendant.** ) | |

### MOTION TO DELAY SELF-SURRENDER DATE

Defendant, Antonio Lamotta, through counsel, respectfully requests that the Court order that his current self-surrender date of November 15, 2024, be delayed until no sooner than January 20, 2025. Below are the reasons in support:

Mr. Lamotta was convicted of charges arising out of events on January 6, 2021. He was sentenced to 6 months' incarceration followed by 24 months' supervised release. *See* ECF No. 77. The Court permitted Mr. Lamotta to voluntarily self-surrender to serve his period of incarceration.

On November 8, 2024, Mr. Lamotta received a notice stating that he must self-surrender to FCI Allenwood on November 15, 2024. Mr. Lamotta has been in full compliance with his release conditions and has had no violations before this Court.

On November 6, 2024, Donald J. Trump was declared the winner of the presidential election. The soon to be president has repeatedly made statements declaring that he will pardon individuals convicted in connection with January 6, 2021. As recent as this past summer, the

soon to be President stated publicly that he still intends to follow through with this promise.[1]

Mr. Lamotta could very well be one of the defendants that the soon to be President chooses to pardon, especially because he has not been convicted of assaulting an officer. Furthermore, Mr. Lamotta has maintained his innocence and has noticed his intent to appeal his convictions.

Judges in other similar cases have recently denied similar requests in cases where defendants are awaiting sentencing. *See e.g., United States v. Anna v. Lichnowski*, 23-cr-341 (RBW) (denying motion to continue sentencing based on "potential discretionary power"). However, this unprecedented situation is far different from a theoretical or potential discretion of presidential power. Rather, the soon to be President has repeatedly made it clear he will exercise his authority to pardon January 6 defendants. Mr. Lamotta would be prejudiced by having to serve 6 months of prison time based solely on the timing of when his case came through the system.

For all of these reasons, Mr. Lamotta respectfully requests that the Court grant his request to delay his obligation to report to serve his time until after January 20, 2025.

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/
_____
Maria N. Jacob
D.C. Bar No. 1031486
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C. 20004

---

[1] Reilly, Ryan, NBC News, *Donald Trump says again he would 'absolutely' pardon January 6 rioters*, July 31, 2024, available at https://www.nbcnews.com/politics/justice-department/donald-trump-says-absolutely-pardon-jan-6-rioters-rcna164565

(202) 208-7500
Maria_Jacob@fd.org