UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No. 22-cr-320 (JMC) |
| | : | |
| ANTONIO LAMOTTA, | : | |
| | : | |
| Defendant. | : | |

**GOVERNMENT'S RESPONSE TO
DEFENDANT'S MOTION TO DELAY SELF-SURRENDER DATE**

The defendant moves to delay his November 15, 2024 surrender to the Bureau of Prisons because President Elect Trump has suggested he might pardon January 6 defendants. The government opposes this motion. There is a societal interest in the prompt and efficient administration of justice, and the government and the Court have endeavored to deliver that interest. The Court has rendered a verdict in this case and pronounced a sentence. The government respectfully believes there is no basis to delay the application of that sentence.

At least three other judges in this district have already denied requests on these grounds. *See* Order (Nov. 7, 2024), *United States v. Anna v. Lichnowski*, ECF N23-cr-341 (RBW) ("[T]he potential future exercise of the discretionary pardon power, an Executive Branch authority, is irrelevant to the Court's obligation to carry out the legal responsibilities of the Judicial branch."); *see also* Minute Order (Nov. 7, 2024), *United States v. Bosch*, 24-cr-210 (DLF) (denying motion to continue trial); Minute Order (Nov. 6, 2024), *United States v. Carnell, et al.,* 23-cr-139 (BAH) (denying motion to continue status hearing).

This Court has convicted the defendant of three criminal violations, including one felony count of civil disorder for his obstruction of the police as they attempted to restore peace in the

1

U.S Capitol Building on January 6, 2021. For these violations of law, the Court then sentenced the defendant to six months of incarceration, followed by 24 months of supervised release, and the Bureau of Prisons ordered the defendant to surrender on November 15, 2024. The next president's possible exercise of discretionary power is not a sufficient basis to postpone the administration of justice.

                                    Respectfully submitted,

                                    MATTHEW M. GRAVES
                                    United States Attorney
                                    D.C. Bar No. 481052

By:    */s/ Alexander Diamond*
              ALEXANDER M. DIAMOND
              NY Bar No. 5684634
              Assistant United States Attorney
              District of Columbia
              601 D St. NW
              Washington, DC 20530
              (202) 506-0427
              Alexander.Diamond@usdoj.gov